IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE DERWIN MOORE,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 11-6285 |
| JAMES J. MCGRADY, et al.<br>Respondents. | : | |

**ORDER**

FILED
JAN 11 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

AND NOW, this 11th day of January, 2012, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

JOEL H. SLOMSKY, J.